**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Paul J Daoud                                    CHAPTER 13

                Debtor(s)

BKY. NO. 23-13632 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Lakeview Loan Servicing LLC and index same on the master mailing list.

                Respectfully submitted,

/s/ **Mark A. Cronin**
Mark Cronin
08 Dec 2023, 12:47:44, EST

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322