**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Case No.: 23-13632-amc |
| | Chapter 13 |
| Paul J. Daoud, | |
| | |
| Debtor. | |

## NOTICE OF APPEARANCE AND NOTICE REQUEST

PLEASE TAKE NOTICE that the undersigned hereby appears on behalf of

creditor American Express National Bank ("American Express"). Pursuant to Rules

2002 and 9010 of the Federal Rules of Bankruptcy Procedure, the undersigned

requests that all notices sent in this case and all papers and pleadings filed in this

case be served upon the undersigned as follows:

> Kirsten R. Armstrong
> Zwicker & Associates, P.C.
> 3220 Tillman Drive, Suite 205
> Bensalem, PA 19020
> (877) 297-1183
> karmstrong@zwickerpc.com

Dated: 12/20/23                                           Respectfully submitted,


AMERICAN EXPRESS NATIONAL BANK,

By its attorney,


/s/ Kirsten Armstrong
Kirsten R. Armstrong, Esq.
Zwicker & Associates, P.C.
3220 Tillman Drive, Suite 205
Bensalem, PA 19020
(877) 297-1183
karmstrong@zwickerpc.com

# <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 20th day of December, 2023 I caused a copy of the

foregoing Notice of Appearance and Request for Notice to be served by electronic

filing and on the following persons by first-class mail, postage prepaid:

Paul H. Young
Young, Marr, Mallis & Deane, LLC
3554 Hulmeville Rd.
Ste 102
Bensalem, PA 19020
Counsel for the Debtor

Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606
Chapter 13 Trustee

United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

/s/ Kirsten Armstrong
Kirsten R. Armstrong, Esq.