**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | : Bankruptcy No. 23-13632-AMC |
|    Paul J. Daoud | : Chapter 13 |
|               Debtor | : |
| | : |
| LVNV Funding, LLC c/o Resurgent Capital Services, LP | : |
|               Movant | : |
|    vs. | : |
| Paul J. Daoud | : |
|               Debtor/Respondent | : |
|       and | : |
| Scott F. Waterman, Esquire | : |
|               Trustee/Respondent | : |

**OBJECTION TO CONFIRMATION OF THE PLAN**

LVNV Funding, LLC c/o Resurgent Capital Services, LP ("Movant"), by its attorneys, Hladik, Onorato & Federman, LLP, objects to confirmation of the Chapter 13 Plan of Debtor, Paul J. Daoud ("Debtor"), as follows:

1. As of the bankruptcy filing date of November 30, 2023, Movant holds a perfected judgment lien in the amount of $10,908.06.

2. On January 31, 2024, Movant filed a Proof of Claim citing a total secured claim in the amount of $10,908.06.

3. The Plan currently does not provide for repayment of Movant's claim.

4. The Plan fails to cure the delinquency pursuant to 11 U.S.C. § 1322(b)(5).

5. The Plan violates of 11 USC § 1325(a)(5)(B)(ii) by not providing for Movant to receive the full value of its claim.

6. Per Debtor's petition, the value of the property is $192,000.00. Per Debtor's Schedule D, there is a first mortgage on the property in the amount of $149,560.00. Accordingly, there is non-exempt equity in the excess of the balance and Movant's lien should be paid as a fully secured claim through the plan.

7. Movant objects to the feasibility of the Plan under 11 U.S.C. § 1325(a)(6). The Plan proposed by Debtors is not feasible. Movant requests that the bankruptcy case either be converted to a Chapter 7 or be dismissed pursuant to 11 U.S.C. § 1307.

      WHEREFORE, Movant respectfully requests that this Honorable Court deny confirmation of the Debtor's Chaper 13 Plan.

                                              Respectfully submitted,

Date: 02/22/2024                   /s/ Danielle Boyle-Ebersole
                                            Danielle Boyle-Ebersole, Esquire
                                            Attorney I.D. # 81747
                                            Hladik, Onorato & Federman, LLP
                                            298 Wissahickon Avenue
                                            North Wales, PA 19454
                                            Phone: 215-855-9521
                                            Email: dboyle-ebersole@hoflawgroup.com
                                            Attorney for Movant

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 23-13632-AMC |
|    Paul J. Daoud | : Chapter 13 |
|           Debtor | : |
| | : |
| LVNV Funding, LLC c/o Resurgent Capital Services, LP | : |
|           Movant | : |
|    vs. | : |
| Paul J. Daoud | : |
|           Debtor/Respondent | : |
|    and | : |
| Scott F. Waterman, Esquire | : |
|           Trustee/Respondent | : |

## CERTIFICATE OF MAILING OF OBJECTION TO THE PROPOSED PLAN TO PARTIES IN INTEREST

I, the undersigned, attorney for LVNV Funding, LLC c/o Resurgent Capital Services, LP ("Movant"), certify that I served a copy of the attached Objection to the Plan to the parties below on 02/22/2024:

Paul H. Young. Esquire
Via Electronic Filing
*Attorney for Debtor*

Scott F. Waterman, Esquire
Via Electronic Filing
*Trustee*

Paul J Daoud
42 Pennington Lane
Quakertown, PA 18951
Via First Class Mail
*Debtor*

Respectfully submitted,

Date: 02/22/2024

/s/ Danielle Boyle-Ebersole
Danielle Boyle-Ebersole, Esquire
Attorney I.D. # 81747
Hladik, Onorato & Federman, LLP
298 Wissahickon Avenue
North Wales, PA 19454
Phone: 215-855-9521
Email: dboyle-ebersole@hoflawgroup.com
Attorney for Movant