UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Paul J Daoud<br><br>    Debtor | Chapter 13<br>Bankruptcy No.23-13632-AMC |

## CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 18th day of April, 2024, by first class mail upon those listed below:

Paul J Daoud
42 Pennington Lane
Quakertown, PA  18951

**Electronically via CM/ECF System Only:**

YOUNG MARR  & ASSOCIATES
PAUL H YOUNG ESQUIRE
3554 HULMEVILLE ROAD, SUITE 102
BENSALEM, PA  19020

                                                                       */s/ Kristen Gliem*
                                                                       Kristen Gliem
                                                                       for
                                                                       Scott F. Waterman, Esquire
                                                                       Standing Chapter 13 Trustee