**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | : Bankruptcy No. 23-13632-AMC |
|   Paul J. Daoud | : Chapter 13 |
|         Debtor | : |
| | : |
| LVNV Funding, LLC c/o Resurgent Capital Services, LP | : |
|         Movant | : |
|      vs. | : |
| Paul J. Daoud | : |
|         Debtor/Respondent | : |
|     and | : |
| Scott F. Waterman, Esquire | : |
|         Trustee/Respondent | : |

## <u>PRAECIPE TO WITHDRAW OBJECTION TO CONFIRMATION OF PLAN</u>

TO THE CLERK:

     Please mark the Objection to Confirmation of Plan, filed on February 22, 2024 as Doc. #16, as withdrawn without prejudice.

                       Respectfully submitted,

                       /s/ Danielle Boyle-Ebersole
                       Danielle Boyle-Ebersole, Esquire
                       Attorney I.D. # 81747
                       Hladik, Onorato & Federman, LLP
                       298 Wissahickon Avenue
                       North Wales, PA 19454
                       Phone: 215-855-9521
                       Email: dboyle-ebersole@hoflawgroup.com
                       Attorney for Movant

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In Re:                                                            : Bankruptcy No. 23-13632-AMC
   Paul J. Daoud                                       : Chapter 13
              Debtor        :
                          :
LVNV Funding, LLC c/o Resurgent Capital  :
Services, LP                                                   :
              Movant    :
       vs.                                             :
Paul J. Daoud                                              :
           Debtor/Respondent   :
      and                                               :
Scott F. Waterman, Esquire                        :
          Trustee/Respondent   :

## CERTIFICATE OF MAILING

     I, Danielle Boyle-Ebersole, Esq. certify under penalty of perjury that I served a copy of the Praecipe to Withdraw the Objection to Confirmation of the Plan to the parties at the addresses shown below on May 13, 2024.

     The types of service made on parties were: <u>Electronic Notification and First Class Mail</u>:

Paul H. Young, Esquire
Via Electronic Filing
*Attorney for Debtor*

Scott F. Waterman, Esquire
Via Electronic Filing
*Trustee*

Paul J. Daoud
42 Pennington Lane
Quakertown, PA 18951
Via First Class Mail
*Debtor*

Dated: 05/13/2024

/s/ Danielle Boyle-Ebersole
Danielle Boyle-Ebersole, Esquire
Attorney I.D. # 81747
Hladik, Onorato & Federman, LLP
298 Wissahickon Avenue
North Wales, PA 19454
Phone: 215-855-9521
Email: dboyle-ebersole@hoflawgroup.com
Attorney for Movant