Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024  
**Chapter 13 Case No. 23-13632-AMC**

Paul J Daoud  
42 Pennington Lane  
Quakertown  PA    18951

Petition Filed Date: 11/30/2023  
341 Hearing Date: 01/26/2024  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/23/2024 | $450.00 | | 02/05/2024 | $450.00 | | 03/05/2024 | $450.00 | |
| 04/03/2024 | $450.00 | | 05/06/2024 | $450.00 | | 06/05/2024 | $654.00 | |
| 07/03/2024 | $654.00 | | | | | | | |

**Total Receipts for the Period: $3,558.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $4,212.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | YOUNG MARR & ASSOCIATES | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | AMERICAN EXPRESS NATIONAL BANK<br>»»  001 | Secured Creditors | $11,641.71 | $0.00 | $0.00 |
| 2 | CARVANA, LLC/BRIDGECREST<br>»»  002 | Secured Creditors | $11,006.84 | $0.00 | $0.00 |
| 3 | AFFIRM INC<br>»»  003 | Unsecured Creditors | $2,329.77 | $0.00 | $0.00 |
| 4 | LVNV FUNDING LLC<br>»»  004 | Secured Creditors | $10,908.06 | $0.00 | $0.00 |
| 5 | VERIZON BY AIS AS AGENT<br>»»  005 | Unsecured Creditors | $1,121.56 | $0.00 | $0.00 |
| 6 | M&T BANK<br>»»  006 | Mortgage Arrears | $1,663.13 | $0.00 | $0.00 |
| 7 | LVNV FUNDING LLC<br>»»  007 | Unsecured Creditors | $402.22 | $0.00 | $0.00 |
| 8 | NEW JERSEY TURNPIKE AUTHORITY<br>»»  008 | Unsecured Creditors | $52.45 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-13632-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,212.00 | Current Monthly Payment: | $822.00 |
| Paid to Claims: | $0.00 | Arrearages: | ($654.00) |
| Paid to Trustee: | $421.20 | Total Plan Base: | $46,302.00 |
| Funds on Hand: | $3,790.80 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.