United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-13632-amc |
| Paul J Daoud | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Sep 19, 2024 | Form ID: 155 | Total Noticed: 39 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Paul J Daoud, 42 Pennington Lane, Quakertown, PA 18951-1022 |
| 14837832 | + | LAKEVIEW LOAN SERVICING LLC, c/o MARK A. CRONIN, KML Law Group, P.C,, 701 Market Street, Ste 5000 Philadelphia, PA 19106-1541 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14835073 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Sep 20 2024 00:18:02 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 14845665 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 20 2024 00:06:15 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14835074 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Sep 20 2024 00:07:29 | Affirm, Inc., 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 14840539 | + | Email/Text: bkfilings@zwickerpc.com | Sep 19 2024 23:59:00 | American Express National Bank, Kirsten R. Armstrong, Zwicker & Associates, P.C., 3220 Tillman Drive, Suite 205, Bensalem, PA 19020-2028 |
| 14836922 | + | Email/Text: bkfilings@zwickerpc.com | Sep 19 2024 23:59:00 | American Express National Bank, c/o Katie E. Hankard, 80 Minuteman Road, P O Box 9043, Andover, MA 01810-0943 |
| 14838265 | + | Email/Text: bkfilings@zwickerpc.com | Sep 19 2024 23:59:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 14835075 | + | Email/PDF: bncnotices@becket-lee.com | Sep 20 2024 00:06:45 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14835076 | + | Email/PDF: bncnotices@becket-lee.com | Sep 20 2024 00:07:41 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 14835078 | + | Email/Text: rm-bknotices@bridgecrest.com | Sep 19 2024 23:59:00 | Bridgecrest Acceptance Corp, Po Box 29018, Phoenix, AZ 85038-9018 |
| 14835077 | + | Email/Text: rm-bknotices@bridgecrest.com | Sep 19 2024 23:59:00 | Bridgecrest Acceptance Corp, 7300 East Hampton Avenue, Suite 100, Mesa, AZ 85209-3324 |
| 14836561 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 20 2024 00:07:12 | Bridgecrest Acceptance Corporation, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14835079 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 20 2024 00:06:19 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14835080 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 20 2024 00:07:34 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 14841793 | + | Email/PDF: acg.acg.ebn@aisinfo.com | | |

Case 23-13632-amc  Doc 39  Filed 09/21/24  Entered 09/22/24 00:36:21  Desc Imaged
Certificate of Notice  Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 19, 2024 | Form ID: 155 | Total Noticed: 39 |

| | | | | |
|---|---|---|---|---|
| | | | Sep 20 2024 00:07:06 | Carvana, LLC / Bridgecrest c/o AIS Portfolio Servi, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14835081 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 20 2024 00:07:26 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 14835082 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 20 2024 00:18:14 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14850753 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 20 2024 00:07:20 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14837606 | ^ | MEBN | Sep 19 2024 23:55:35 | Lakeview Loan Servicing LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14851455 | ^ | MEBN | Sep 19 2024 23:55:21 | Lakeview Loan Servicing LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14835084 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 20 2024 00:07:33 | Lvnv Funding/Resurgent Capital, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 14835083 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 20 2024 00:07:06 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14835085 | | Email/Text: camanagement@mtb.com | Sep 19 2024 23:58:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 14835086 | | Email/Text: camanagement@mtb.com | Sep 19 2024 23:58:00 | M & T Bank, Po Box 900, Millsboro, DE 19966 |
| 14835087 | | Email/Text: ml-ebn@missionlane.com | Sep 19 2024 23:57:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 14835088 | | Email/Text: ml-ebn@missionlane.com | Sep 19 2024 23:57:00 | Mission Lane LLC, Po Box 105286, Atlanta, GA 30348 |
| 14852972 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Sep 19 2024 23:58:00 | New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Ramon de la Cruz, NJ Turnpike Authority, Woodbridge, NJ 07095 |
| 14835090 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 20 2024 00:06:47 | Portfolio Recovery Associates, LLC, 140 Corporate Blvd, Norfolk, VA 23502 |
| 14835089 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 20 2024 00:06:18 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 14835091 | | Email/Text: bankruptcy@springoakscapital.com | Sep 19 2024 23:57:00 | Spring Oaks Capital, Llc, Attn: Bankruptcy, P.O. Box 1216, Chesapeake, VA 23327 |
| 14835092 | | Email/Text: bankruptcy@springoakscapital.com | Sep 19 2024 23:57:00 | Spring Oaks Capital, Llc, P.o. Box 1216, Chesapeake, VA 23327 |
| 14851197 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 20 2024 00:06:37 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14835094 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Sep 19 2024 23:57:00 | Verizon Wireless, National Recovery Operations, Minneapolis, MN 55426 |
| 14835093 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Sep 19 2024 23:57:00 | Verizon Wireless, Attn: Bankruptcy, 500 Technology Dr, Ste 599, Weldon Springs, MO 63304-2225 |
| 14835095 | + | Email/Text: vci.bkcy@vwcredit.com | Sep 19 2024 23:59:00 | Volkswagen Credit Inc., Attn: Bankruptcy, PO Box 3, Hillsboro, OR 97123-0003 |
| 14835097 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Sep 20 2024 00:07:31 | Wells Fargo Bank NA, Po Box 14517, Des Moines, IA 50306-3517 |
| 14835096 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Sep 20 2024 00:07:34 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a 3rd Floor, Des Moines, IA 50328-0001 |
| 14835098 | + | Email/Text: support@ymalaw.com | | |

Sep 19 2024 23:58:00    Young, Marr & Associates, LLC, 3554 Hulmeville Road, Suite 102, Bensalem, PA 19020-4366

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2024           Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DANIELLE BOYLE-EBERSOLE | on behalf of Creditor LVNV Funding  LLC c/o Resurgent Capital Services, LP dboyle-ebersole@hoflawgroup.com, PABKAttorneyecf@orlans.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC  bkgroup@kmllawgroup.com |
| KIRSTEN R. ARMSTRONG | on behalf of Creditor American Express National Bank karmstrong@zwickerpc.com |
| PAUL H. YOUNG | on behalf of Debtor Paul J Daoud support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| REGINA COHEN | on behalf of Creditor Bridgecrest Credit Company  LLC as Servicer for Carvana, LLC rcohen@lavin-law.com, mmalone@lavin-law.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

*Form 155* (2/24)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ) | | |
|    Paul J Daoud ) | | Case No. 23−13632−amc |
| ) | | |
| ) | | |
| Debtor(s). ) | | Chapter: 13 |
| ) | | |
| ) | | |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

   **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

   **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

   **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

   **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.


Date: September 19, 2024                                                 For The Court

                                                                                     Ashely M. Chan
                                                                                      Chief Judge, United States Bankruptcy Court