| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
**Chapter 13 Case No. 23-13632-AMC**

| | |
|---|---|
| Paul J Daoud | Petition Filed Date: 11/30/2023 |
| 42 Pennington Lane | 341 Hearing Date: 01/26/2024 |
| Quakertown  PA    18951 | Confirmation Date: 09/19/2024 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/06/2024 | $654.00 | | 09/04/2024 | $822.00 | | 10/03/2024 | $822.00 | |
| 11/05/2024 | $822.00 | | 12/04/2024 | $822.00 | | 01/08/2025 | $822.00 | |
| 02/05/2025 | $822.00 | | 03/04/2025 | $822.00 | | 04/07/2025 | $822.00 | |
| 05/06/2025 | $822.00 | | 06/03/2025 | $822.00 | | 07/03/2025 | $822.00 | |

**Total Receipts for the Period: $9,696.00    Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $14,076.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | YOUNG MARR & ASSOCIATES | Attorney Fees | $3,225.00 | $3,225.00 | $0.00 |
| 1 | AMERICAN EXPRESS NATIONAL BANK »» 001 | Secured Creditors | $11,983.96 | $3,018.29 | $8,965.67 |
| 2 | CARVANA, LLC/BRIDGECREST »» 002 | Secured Creditors | $13,869.63 | $3,493.22 | $10,376.41 |
| 3 | AFFIRM INC »» 003 | Unsecured Creditors | $2,329.77 | $0.00 | $2,329.77 |
| 4 | LVNV FUNDING LLC »» 004 | Secured Creditors | $10,908.06 | $2,747.33 | $8,160.73 |
| 5 | VERIZON BY AIS AS AGENT »» 005 | Unsecured Creditors | $1,121.56 | $0.00 | $1,121.56 |
| 6 | M&T BANK »» 006 | Mortgage Arrears | $1,663.13 | $418.89 | $1,244.24 |
| 7 | LVNV FUNDING LLC »» 007 | Unsecured Creditors | $402.22 | $0.00 | $402.22 |
| 8 | NEW JERSEY TURNPIKE AUTHORITY »» 008 | Unsecured Creditors | $52.45 | $0.00 | $52.45 |
| 9 | CAPITAL ONE BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | MISSION LANE LLC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 13 | SPRING OAKS CAPITAL SPV LLC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 14 | VW CREDIT | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 15 | WELLS FARGO BANK NA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-13632-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $14,076.00 | Current Monthly Payment: | $822.00 |
| Paid to Claims: | $12,902.73 | Arrearages: | ($654.00) |
| Paid to Trustee: | $1,173.27 | Total Plan Base: | $46,302.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.