UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  PAUL J. DAOUD                 :          Chapter 13

                                      :

                                      :          Case No. 23-13632

### PRAECIPE TO WITHDRAW DOCUMENT

To the Clerk of Bankruptcy Court:

Kindly withdraw Debtor's Motions to Avoid Liens filed at Document Number 41, 42 and
43 in the above captioned case:

                          /s/ Paul H. Young
                          Paul H. Young, Esquire
                          Counsel for Debtor
                          YOUNG, MARR & ASSOCIATES
                          3554 Hulmeville Rd., Ste. 102
                          Bensalem, PA 19020
                          (215) 639-5297