Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Paul J Daoud
42 Pennington Lane
Quakertown, PA 18951

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 23-13632-AMC**

Petition Filed Date: 11/30/2023
341 Hearing Date: 01/26/2024
Confirmation Date: 09/19/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/05/2025 | $822.00 | | 09/03/2025 | $822.00 | | 10/13/2025 | $822.00 | |
| 11/10/2025 | $822.00 | | 12/09/2025 | $822.00 | | 01/09/2026 | $822.00 | |
| 02/09/2026 | $822.00 | | 03/09/2026 | $822.00 | | 04/09/2026 | $822.00 | |
| 05/11/2026 | $822.00 | | 06/09/2026 | $822.00 | | 07/09/2026 | $822.00 | |

**Total Receipts for the Period: $9,864.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $23,940.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | YOUNG MARR MALLIS & ASSOCIATES | Attorney Fees | $3,225.00 | $3,225.00 | $0.00 |
| 1 | AMERICAN EXPRESS NATIONAL BANK<br>»» 001 | Secured Creditors | $11,983.96 | $5,863.49 | $6,120.47 |
| 2 | RESURGENT CAPITAL SERVICES<br>»» 002 | Secured Creditors | $13,869.63 | $6,786.07 | $7,083.56 |
| 3 | AFFIRM INC<br>»» 003 | Unsecured Creditors | $2,329.77 | $0.00 | $2,329.77 |
| 4 | LVNV FUNDING LLC<br>»» 004 | Secured Creditors | $10,908.06 | $5,337.03 | $5,571.03 |
| 5 | VERIZON BY AIS AS AGENT<br>»» 005 | Unsecured Creditors | $1,121.56 | $0.00 | $1,121.56 |
| 6 | M&T BANK<br>»» 006 | Mortgage Arrears | $1,663.13 | $813.75 | $849.38 |
| 7 | LVNV FUNDING LLC<br>»» 007 | Unsecured Creditors | $402.22 | $0.00 | $402.22 |
| 8 | NEW JERSEY TURNPIKE AUTHORITY<br>»» 008 | Unsecured Creditors | $52.45 | $0.00 | $52.45 |
| 9 | CAPITAL ONE BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | MISSION LANE LLC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 13 | SPRING OAKS CAPITAL SPV LLC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 14 | VW CREDIT | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-13632-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 15 | WELLS FARGO BANK NA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $23,940.00 | Current Monthly Payment: | $822.00 |
| Paid to Claims: | $22,025.34 | Arrearages: | ($654.00) |
| Paid to Trustee: | $1,914.66 | Total Plan Base: | $46,302.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.